UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 12 2006

**FILED**

Kulvinder Singh,
    Plaintiff

V.

Del Vaudo's Restaurant & Lounge, Inc.
and James R. Naugler,
    Defendants

Civil Action No.: 06-CV-186JM

## ORDER ON PLAINTIFF'S PETITION FOR EX PARTE ATTACHMENT

The Petition for Attachment is denied.

The plaintiff is granted permission to make the following attachment(s) and shall complete service on the defendant(s) within _thirty (30)_ days:

June 12, 2006
Date

James R. Muirhead
Justice
US Magistrate Judge

5